**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAI M.C.,

                Plaintiff,

   -against-                                    23 **CIVIL** 3349(JPC)(GRJ)

                                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2024, the Court overrules the parties' objections and adopts Judge Jones's Report and Recommendation subject to the clarification discussed above. This case is remanded to the Social Security Administration for further proceedings consistent with this Order and, to the extent not discussed herein, Judge Jones's Report and Recommendation. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 6, 2024

                                                            **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                             **BY:**        _____
                                                         **Deputy Clerk**