# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jai Cummings
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:23CV-03349(JPC)(GRJ)

-against-

Commioner of Social Security
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 9/5/24 (date) but did not file a notice of appeal within the required time period because:

I did not know there was a decision made on my case. I only found out about the decision on the case after submitting a letter to the Judge. I had no clue what was going on or if any decision was made.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: September 29, 2024

Signature: Jai C.

Name (Last, First, MI): Cummings Jai M.

Address: 2201 W 167th ST, Apt #5G, Bronx   City: Bronx   State: NY   Zip Code: 10452

Telephone Number: (347)-412-8664

E-mail Address (if available): Jaicummings5@gmail.com

Rev. 3/27/15

The request for an extension of time to file a notice of appeal is denied as moot: Mr. Cummings has already filed a timely notice of appeal, Dkt. 47. Mr. Cummings's request for leave to proceed *in forma pauperis*, Dkt. 47, is granted. The Clerk of Court is respectfully directed to close Docket Number 48.

SO ORDERED.
Date: October 4, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge